THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WELTON DOUGLAS | § | CASE NO. 19-41285-R |
| XXX-XX-3540 | § | |
| 2513 HADDOCK DRIVE | § | CHAPTER 13 |
| PLANO, TX 75025 | § | |
| | § | |
| ROSALIND DOUGLAS | § | |
| XXX-XX-2472 | § | |
| | § | |
| DEBTORS | § | |

ORDER SUSTAINING TRUSTEE'S OMNIBUS OBJECTION TO CLAIMS

ON THIS DATE the Court considered the Trustee's Omnibus Objection to Claims. The Trustee filed such objection on January 17, 2020. The Court finds that the objection to claims contains proof sufficient to overcome the presumption of validity imposed by Fed. R. Bankr. P. 3001(f) and was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure. The Court further finds that the objection contained the appropriate 30-day negative notice language, pursuant to LBR 3007, which directed the Claimants to file a written response within 30 days or the objection to claim would be deemed by the Court to be unopposed. Due to the failure of the Claimants to file a timely written response to the objection, the Court deems the Trustee's claim objection to be unopposed and, therefore, the Court finds that just cause exists for the entry of the following order.

IT IS THEREFORE ORDERED that the Trustee's Omnibus Objection to Claims filed by Claimants is SUSTAINED as follows:

| Claimant | Claim # | Grounds for Claim Objection | Treatment |
|---|---|---|---|
| HOME POINT FINANCIAL CORPORATION<br>11511 LUNA ROAD, SUITE 300<br>FARMERS BRANCH, TX 75234 | 22 | ☐ duplicate claim;<br>☑ claim not timely filed;<br>☐ claim filed in the wrong case;<br>☐ claim satisfied during the case;<br>☐ claim not entitled to priority or exceeds priority statutory amount;<br>☐ other: | LATE FILED CLAIM NOT ALLOWED; TRUSTEE OBJECTS<br><br>DISALLOWED |